**Opinion filed November 30, 2023**



## In The

# Eleventh Court of Appeals

_____

## No. 11-23-00239-CV

_____

## BRIAN ORLANDO WILLIAMS, Appellant

## V.

## ALTON SMITH AND ALICIA SMITH, Appellees

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 51088-A**

### M E M O R A N D U M   O P I N I O N

Appellant, Brian Orlando Williams, filed an untimely notice of appeal from the trial court's order granting Appellees' motion for summary judgment. We dismiss the appeal.

The documents filed in this court reflect that on April 18, 2023, the trial court signed an order granting Appellees' no-evidence motion for summary judgment and dismissing Appellant's causes of action against Appellees with prejudice. Appellant did not file any post-judgment motions or requests for extension that would extend

the time to file a notice of appeal. *See* TEX. R. APP. P. 26.1(a), 26.3. As a result, the notice of appeal[1] was due to be filed on or before May 18, 2023, thirty days after the judgment was signed, or by June 2, 2023 at the latest, if Appellant had requested and was given an extension of time to file. *See* TEX. R. APP. P. 26.1, 26.3. Appellant did not file a notice of appeal until October 24, 2023. Absent a timely notice of appeal, this court is without jurisdiction to consider an appeal. *Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 564 (Tex. 2005); *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233, 233–34 (Tex. App.—Houston [1st Dist.] 2007, no pet.); *see Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Upon docketing the appeal, the clerk of this court wrote to the parties and informed them that the notice of appeal appeared to have been untimely filed. We requested that Appellant respond and show grounds to continue the appeal. We also informed Appellant that this appeal may be dismissed. Appellant filed a response to our letter but has not shown any other grounds upon which this appeal may be continued.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(a).


W. BRUCE WILLIAMS
JUSTICE


November 30, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1] We note that the notice of appeal filed by Appellant was not a notice of restricted appeal. *See* TEX. R. APP. P. 25.1(d)(7).